<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>             Plaintiff<br><br>vs.<br><br>TIMOTHY E. YOUNG<br><br>             Defendant | CIVIL NO. 18-00994 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esquire, here by certifies that the foregoing Initial Procedural Order has been served by first class mail, postage pre-paid, upon the parties listed below on March 16, 2018.

TIMOTHY E. YOUNG
805 Reinholds Road
Denver, PA 17517

                Respectfully submitted,

                KML Law Group, P.C.

                By: _____
                Rebecca A. Solarz, Esquire
                Pennsylvania Attorney I.D. No. 315936
                Suite 5000 – BNY Independence Center
                701 Market Street
                Philadelphia, PA  19106-1532
                (215) 825-6327
                RSolarz@kmllawgroup.com