

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.

Plaintiff (Petitioner)

CASE and/or DOCKET No.: 18 994

Sheriff's Sale Date: _____

v.

TIMOTHY E. YOUNG, ET AL,

Defendant (Respondent)

### AFFIDAVIT OF SERVICE

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served TIMOTHY E. YOUNG the above process on the 21 day of April, 2018, at 4:58 o'clock, P M, at 805 REINHOLDS ROAD DENVER, PA 17517, County of Lancaster, Commonwealth of Pennsylvania:

Manner of Service:

☒ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: LINDSEY YOUNG
Relationship/Title/Position: SPOUSE
Remarks: _____
Description: Approximate Age 31-35  Height 5'3  Weight 145  Race WHITE  Sex FEMALE  Hair BROWN
Military Status: ☒ No  ☐ Yes  Branch: _____

Commonwealth/State of  Pa  )
                               ) SS:
County of  Berks  )

Before me, the undersigned notary public, this day, personally, appeared  Denise Hinkle  to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this 24 day of April, 2018.

_____
Notary Public

File Number: USA-177963
Case ID #: 5164745

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021