UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | No. 18-cv-994 |
| TIMOTHY E. YOUNG, | : | |
| Defendant. | : | |

# **O R D E R**

**AND NOW**, this 1st day of October, 2018, upon consideration of the Court's Order dated August 13, 2018, *see* ECF No. 10, denying Plaintiff's Motion for Default Judgment as insufficient, but without prejudice to renew and in the absence of any further motions, **IT IS HEREBY ORDERED THAT**:

Plaintiff shall file a revised motion for default judgment **on or before October 15, 2018**, that:

1. Explains why the United States is legally entitled to each category of interest and fee that it seeks (such as "interest recapture" and "fees required with payoff funds"), and

2. Is accompanied by evidence that shows how the United States arrived at each of those figures. *See United States v. Vanderpool*, No. 5:16-cv-05815 (E.D. Pa. Oct. 25, 2017).

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

100118