UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>vs.<br><br><br>TIMOTHY E. YOUNG<br><br><br>                    Defendant(s) | CIVIL NO. 18-00994 |

**CERTIFICATE OF SERVICE
PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)**

    Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

(x)        Personal Service by the Sheriff's Office/competent adult (copy of return attached).
(  )        Certified mail by Rebecca A. Solarz (original green Postal return receipt attached).
(  )        Certified mail by Sheriff's Office.
(  )        Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
(  )        Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
(  )        Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
(  )        Premises was posted by Sheriff's Office/competent adult (copy of return attached).
(  )        Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
(  )        Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

                                                                           Respectfully submitted,

                                                                           BY: Rebecca A. Solarz, Esq.
                                                                           Attorney for Plaintiff



## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>V.<br><br>TIMOTHY E. YOUNG; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.:<br><br>Sheriff's Sale Date: 2/6/2019 |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: NOTICE OF SALE**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served TIMOTHY E. YOUNG the above process on the 21 day of November, 2018, at 2:00 o'clock, P M, at 805 REINHOLDS ROAD DENVER, PA 17517, County of Lancaster, Commonwealth of Pennsylvania;

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: LINDSEY YOUNG
Relationship/Title/Position: SPOUSE
Remarks: _____
Description: Approximate Age 31-35  Height 5'3  Weight 200  Race WHITE  Sex FEMALE  Hair BROWN
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of __Pa__  ) SS:
County of __Berks__  )

Before me, the undersigned notary public, this day, personally, appeared __Jeffrey Clohessy__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)
File Number: USA-177963
Case ID #:5359990

Subscribed and sworn to before me
this 26 day of __Nov__, 20 18.

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp. Berks County
My commission expires November 18, 2021

| Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service;<br>☐ Certified  ☐ Recorded Delivery (International)<br>☐ COD  ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | PA DEPARTMENT OF PUBLIC WELFARE -<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | | Pennsylvania Housing Finance Agency<br>211 North Front Street<br>Harrisburg, PA 17101 | | | | | | | |
| 2. | DOMESTIC RELATIONS OF LANCASTER<br>COUNTY<br>40 East King Street | | | | | | | | | | | |
| 3. | PO Box 83479<br>Lancaster, PA 17608 | | | | | | U.S. POSTAGE >> PITNEY BOWES<br>ZIP 19106 $ 001.95⁰<br>02 1W<br>0001403708 NOV. 26. 2018. | | | | | |
| 4. | Portfolio Recovery Associates LLC<br>120 Corporate Boulevard<br>Norfolk, VA 23502 | | | | | | | | | | | |
| 5. | DOMESTIC RELATIONS OF PHILADELPHIA<br>COUNTY<br>Enforcement Unit, Sheriff Sale Section<br>34 S. 11th Street, Room 314<br>Philadelphia, PA 19107 | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | Postmaster, Per (Name of receiving employee) | | | | | | | | | | |

Total Number of Pieces Listed by Sender: **5**  Total Number of Pieces Received at Post Office: ___

PS Form **3877**, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen

USA-177963   Lancaster County   Sale Date: 02/06/2019

TIMOTHY E. YOUNG

Jill H.

USA - JH

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>8144-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703969202736<br>9171999991703969202736 | SZEKELY, JEREMY A.<br>12 Ric Mic Lane<br>Latrobe, PA 15650 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703969202743<br>9171999991703969202743 | YOUNG, TIMOTHY E.<br>805 Reinholds Road<br>Denver, PA 17517 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals<br>Cumulative Totals | 2<br>2 | | 1.41<br>1.41 | 9.70<br>9.70 | | | 11.11<br>11.11 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____
Signature of Receiving Employee

Round Stamp_____

PS Form 3877 (Facsimile)

Extra Service Codes:
C    Certified
ERR  Return Receipt



UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                      Plaintiff<br><br>vs.<br><br>TIMOTHY E. YOUNG<br><br>                      Defendant(s) | CIVIL NO. 18-00994 |

### AFFIDAVIT PURSUANT TO RULE 3129

    THE UNITED STATES OF AMERICA, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

        805 Reinholds Road
        Denver, PA 17517

1. Name and address of Owner(s) or Reputed Owner(s):

        TIMOTHY E. YOUNG
        805 Reinholds Road
        Denver, PA 17517

2. Name and address of Defendant(s) in the judgment:

        TIMOTHY E. YOUNG
        805 Reinholds Road
        Denver, PA 17517

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

        PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement
        Health and Welfare Bldg. - Room 432
        P.O. Box 2675
        Harrisburg, PA 17105-2675

        DOMESTIC RELATIONS OF LANCASTER COUNTY
        40 East King Street
        PO Box 83479
        Lancaster, PA 17608

        Portfolio Recovery Associates LLC
        120 Corporate Boulevard
        Norfolk, VA 23502

DOMESTIC RELATIONS OF PHILADELPHIA COUNTY
Enforcement Unit, Sheriff Sale Section
34 S. 11th Street, Room 314
Philadelphia, PA 19107

Commonwealth of Pennsylvania
50 N. Duke Street
Lancaster, PA 17602

4. Name and address of the last recorded holder of every mortgage of record:

Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg, PA 17101

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:

6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: November 29, 2018

_____
KML Law Group, P.C.
BY: Rebecca A. Solarz, Esq.
Attorney for Plaintiff