## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
            Plaintiff

v.

TIMOTHY E. YOUNG
            Defendant

Civil Action No: 18-00994

## ORDER

AND NOW, this 3rd day of APRIL, 2019, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1. That the public sale held on February 26, 2019 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to Jonathan W. and Anita J. Wenrich, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of TIMOTHY E. YOUNG in and to the premises sold located at 805 Reinholds Road, Denver, PA 17517.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

_____ J.