UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : No. 18-cv-994 |
| TIMOTHY E. YOUNG, | : |
| Defendant. | : |

## ORDER

**AND NOW**, this 19th day of April, 2019, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 805 Reinholds Road Denver, PA 17517 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, IT IS HEREBY ORDERED that the Schedule of Distribution attached to this Order is APPROVED and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

BY THE COURT:

/s/ Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR.
United States District Judge

041919

<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　Plaintiff<br><br>vs.<br><br>TIMOTHY E. YOUNG<br><br>　　　　　　Defendant | CIVIL NO. 18-00994 |

## A. <u>SCHEDULE OF DISTRIBUTION</u>

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser................................$110,000.00

~~Amount of cash received.................................................$110,000.00~~

<u>TO BE DISTRIBUTED AS FOLLOWS:</u>

Proceeds of sale to the United States Department of
Justice re: CDCS# 2018A14199 ......................................................$110,000.00

　　　　　　　　　　　　　　　　　KML Law Group, P.C.

　　　　　　　　　　　　　　　　　By: <u>/s/Rebecca A. Solarz, Esq.</u>
　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　Suite 5000 – BNY Independence Center
　　　　　　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　(215) 825-6327
　　　　　　　　　　　　　　　　　Original signature not required/electronic filing